**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-1125-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FORCHT WADE CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that, in light of this Court's ruling as to Plaintiff's civil rights complaint, the motion to compel (Record Document 11) filed by Plaintiff is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of January, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE