**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-1125-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FORCHT WADE CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court are two motions filed by the Plaintiff, Harold Joe Black. The first is a Motion to Bring Claims of Unconstitutional Dismissal of Suit (Record Document 30) and the second is a Motion for Writ of Mandamus (Record Document 31).

On January 12, 2006, this Court entered a judgment in the above-captioned matter and dismissed Plaintiff's civil rights complaint as time barred. See Record Document 13. Plaintiff moved to proceed in forma pauperis ("IFP") to appeal such judgment. On November 25, 2006, the United States Court of Appeals for the Fifth Circuit denied IFP status; dismissed the appeal; and imposed a 28 U.S.C. § 1915(g) bar. See Record Document 29.

The recent motions submitted by Plaintiff challenge the findings of the Magistrate Judge in the Report and Recommendation. Those findings were adopted by this Court and the claims were dismissed as time barred. Nothing in the Fifth Circuit's opinion of November 25, 2006 changes that result. The judgment of January 12, 2006 (Record Document 13) remains in place.

Accordingly,

**IT IS ORDERED** that the Motion to Bring Claims of Unconstitutional Dismissal of

Suit (Record Document 30) and the Motion for Writ of Mandamus (Record Document 31) be and are hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 5th day of January, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE